# United States Court of Appeals
## For the First Circuit

_____

No. 21-1487

UNITED STATES OF AMERICA,

Appellee,

v.

TERRICK BISHOFF,

Defendant, Appellant.

_____

**ERRATA SHEET**

The opinion of this Court issued on January 19, 2023, is amended as follows:

On page the cover page, replace "Rachel S. Rollins" with "Rachael S. Rollins"